QUIN DENVIR, Bar #49374
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
KELVIN J. EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN J. EVANS, ) | NO. Civ. S-04-2051 LKK KJM P |
| ) | |
| Petitioner, ) | **ORDER GRANTING UNOPPOSED** |
| ) | **REQUEST FOR EXTENSION OF TIME TO** |
| v. ) | **FILE TRAVERSE** |
| ) | |
| TOM L. CAREY, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

 Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the traverse may be filed on or before August 26, 2005.

Dated: July 25, 2005.

 _____
 UNITED STATES MAGISTRATE JUDGE