QUIN DENVIR, Bar #49374
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
KELVIN J. EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN J. EVANS, | NO. CIV S 04-2051 LKK KJM P |
| Petitioner, | JOINT STATUS REPORT AND STIPULATION AND ORDER FOR FURTHER STAY OF PROCEEDINGS |
| v. | |
| TOM L. CAREY, et al., | |
| Respondents. | |

   Petitioner, KELVIN J. EVANS, and Respondents, TOM L. CAREY, et al., hereby agree and stipulate as follows:

  1. On August 23, 2005, Mr. Evans had a parole suitability hearing before a panel of the Board of Parole Hearings ("Board"). That panel found Mr. Evans suitable for parole and set a prison term that would have terminated in the past.

  2. On December 22, 2005, the parties learned that the Governor has invoked his authority under California Penal Code Section 3041.1 to request *en banc* review of the of the Board's decision to grant parole. The Board is scheduled to consider Mr. Evans's case *en banc* on January 18, 2006.

  3. The parties propose that this matter be further stayed pending

the Board's *en banc* review of the decision to grant Mr. Evans parole. On or before March 1, 2006, the parties can file a joint status report indicating whether Mr. Evans has been released on parole. If Mr. Evans has been released, this case can be dismissed as moot. If Mr. Evans has not been released, Petitioner Evans could be prepared to file his traverse by March 15, 2006.

4. Counsel for respondent, Deputy Attorney General Pamela B. Hooley,[1/] has authorized the undersigned to sign this stipulation electronically on her behalf.

Dated: December 27, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/ *Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Petitioner
KELVIN J. EVANS


/s/ *Pamela B. Hooley*
PAMELA B. HOOLEY
Deputy Attorney General
Attorney for Respondents
TOM L. CAREY, ET AL.

---

[1]Deputy Attorney General R. Michael Llewellyn's last day at the Attorney General's Office is December 23, 2005. Deputy Attorney General Pamela B. Hooley will take over representation of Respondent for the time being.

2

**ORDER**

1. For the reasons set forth in the stipulation of the parties, and for good cause shown, this matter is stayed. On or before March 1, 2006, the parties shall file a joint status report indicating whether Mr. Evans has been released from imprisonment on parole. If Mr. Evans has not been released on parole, Petitioner Evans shall file his traverse on or before March 15, 2006.

2. The Clerk's Office is directed to terminate Robert Michael Llewellyn as lead counsel for Respondent, and substitute in his stead Deputy Attorney General Pamela B. Hooley.

IT IS SO ORDERED.

Dated: December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE