1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6

    Attorney for Petitioner
7   KELVIN J. EVANS

8

9
                        IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    KELVIN J. EVANS,                 )  NO. Civ. S-04-2051 LKK KJM
14                                   )
                    Petitioner,      )
15                                   )  ORDER
         v.                          )
16                                   )
    THOMAS L. CAREY, et al.          )
17                                   )
                    Respondents.     )  Judge: Hon. Lawrence K. Karlton
18  _____ )

19
         Pursuant to the stipulation of the parties, and good cause
20
    appearing therefor, it is hereby **ORDERED** that the petition for writ of
21
    habeas corpus filed under 28 U.S.C. § 2254 be and hereby is DISMISSED.
22
    The clerk of the court is directed to close the file.
23
    DATED:  March 28, 2006
24                                        /s/Lawrence K. Karlton
                                          HONORABLE LAWRENCE K. KARLTON
25                                        United States District Judge

26

27  *Evans v. Carey*
    *NO. Civ. S-04-2051 LKK KJM*
28  *ORDER*